01

02

03

04

05

06                           UNITED STATES DISTRICT COURT
                             WESTERN DISTRICT OF WASHINGTON
07                                     AT SEATTLE

08   UNITED STATES OF AMERICA,            )
                                          )   CASE NO. MJ 12-531
09          Plaintiff,                    )
                                          )
10          v.                            )
                                          )   DETENTION ORDER
11   MARCELO RODRIGUEZ-SALAZAR,           )
                                          )
12          Defendant.                    )
     _____    )
13

14   <u>Offense charged</u>:        Illegal Reentry after Deportation

15   <u>Date of Detention Hearing</u>:    October 3, 2012.

16          The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and

17   based upon the factual findings and statement of reasons for detention hereafter set forth, finds

18   that no condition or combination of conditions which defendant can meet will reasonably

19   assure the appearance of defendant as required and the safety of other persons and the

20   community.

21          <u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

22          1.       Defendant is reportedly a citizen of Mexico.

DETENTION ORDER
PAGE -1

01          2.      The United States alleges that his presence in this country is illegal.   There is an

02   immigration detainer pending against him.   The issue of detention in this case is therefore

03   essentially moot, as the defendant would be released to immigration custody if not detained in

04   this case.

05          3.      Defendant and his counsel offer no opposition to entry of an order of detention.

06          4.      Upon advice of counsel, defendant declined to be interviewed by Pretrial

07   Services.   Therefore, there is limited information available about him.

08          5.      There does not appear to be any condition or combination of conditions that will

09   reasonably assure the defendant's appearance at future Court hearings while addressing the

10   danger to other persons or the community.

11   It is therefore ORDERED:

12       1.   Defendant shall be detained pending trial and committed to the custody of the Attorney

13            General for confinement in a correction facility separate, to the extent practicable, from

14            persons awaiting or serving sentences or being held in custody pending appeal;

15       2.   Defendant shall be afforded reasonable opportunity for private consultation with

16            counsel;

17       3.   On order of the United States or on request of an attorney for the Government, the

18            person in charge of the corrections facility in which defendant is confined shall deliver

19            the defendant to a United States Marshal for the purpose of an appearance in connection

20            with a court proceeding; and

21       4.   The Clerk shall direct copies of this Order to counsel for the United States, to counsel

22            for the defendant, to the United States Marshal, and to the United State Pretrial Services

DETENTION ORDER
PAGE -2

01     Officer.

02     DATED this <u>3rd</u> day of October, 2012.

03

04     _____
       Mary Alice Theiler
05     United States Magistrate Judge

06

07

08

09

10

11

12

13

14

15

16

17

18

19

20

21

22

DETENTION ORDER
PAGE -3